BARRETT, RUMSEY and O'BRIEN, JJ., concurred; PATTERSON, J., dissented.

Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

---

MARY L. GOLDSTEIN, Appellant, *v.* AARON GUEDALIA and Others, Respondents.

*Short decision — not reviewable at the Appellate Division, where no exceptions are filed thereto.*

Where no exceptions have been taken to a short decision, containing no separate findings of fact and conclusions of law, filed under section 1022 of the Code of Civil Procedure, the Appellate Division has no power to review the decision of the court or any exceptions taken during the progress of the trial.

APPEAL by the plaintiff, Mary L. Goldstein, from a judgment of the Supreme Court in favor of the defendants, entered in the office of the clerk of the county of New York on the 22d day of December, 1896, upon the decision of the court rendered after a trial at the New York Special Term dismissing the plaintiff's complaint upon the merits.

*Alfred G. Reeves,* for the appellant.

*Henry M. Goldfogle,* for the respondents.

PER CURIAM:

The decision which was filed in this case contained no separate statement of facts and conclusions of law, but was a short decision, as permitted by section 1022 of the Code of Civil Procedure. No exceptions were filed to it, as required by that section. We have recently held that where such is the case the court has no power to review either the decision of the court or any exceptions taken during the progress of the trial. (*Thompson* v. *Schwartz,* 39 App. Div. 658; *Van Vleck* v. *Ballou, post,* p. 489.)

. The judgment, therefore, must be affirmed, with costs.

Present — VAN BRUNT, P. J., BARRETT, RUMSEY, PATTERSON and O'BRIEN, JJ.

Judgment affirmed, with costs.